UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MARISOL QUINTANA,                                  Docket No.: CV12-120

                                 Plaintiff,           **JURY DEMAND**

      - against -

YOUNG BLOOMING, INC. D/B/A YOUNG
BLOOMING NAIL AND YOUNG BLOOMING NAIL 2
A/K/A YOUNG BLUE NAIL; GIL SOO CHA A/K/A
GILBOU CHA A/K/A GILSOO CHA A/K/A SOO CHA
GIL A/K/A SOO GIL CHA; YU SUN CHA A/K/A CHA
YU SUN; AND MERCEDES CHA A/K/A MERCEDES
M. CHA A/K/A MERCEDES ARIAS CHA,

                                 Defendants.
------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that, pursuant to Rules 38(b) and 81(c) of the Federal Rules of Civil Procedure, the Defendants, YOUNG BLOOMING INC. and YOUNG BLOOMING NAIL II, INC. i/s/h/a YOUNG BLOOMING, INC. D/B/A YOUNG BLOOMING NAIL AND YOUNG BLOOMING NAIL 2 A/K/A YOUNG BLUE NAIL; GIL SOO CHA A/K/A GILBOU CHA A/K/A GILSOO CHA A/K/A SOO CHA GIL A/K/A SOO GIL CHA; YU SUN CHA A/K/A CHA YU SUN; AND MERCEDES CHA A/K/A MERCEDES M. CHA A/K/A MERCEDES ARIAS CHA by and through their attorneys GALLO VITUCCI KLAR LLP, hereby demand a trial by jury of all issues in the above-captioned action.

Dated: New York, New York
       March 15, 2012

Yours etc.,

GALLO VITUCCI KLAR LLP

/s
_____
By: Daniel P. Mevorach, Esq. (DM-5974)
*dmevorach@gvlaw.com*
*Attorneys for Defendants*
*YOUNG BLOOMING INC. and YOUNG BLOOMING NAIL II, INC. i/s/h/a YOUNG BLOOMING, INC. D/B/A YOUNG BLOOMING NAIL AND YOUNG BLOOMING NAIL 2 A/K/A YOUNG BLUE NAIL; GIL SOO CHA A/K/A GILBOU CHA A/K/A GILSOO CHA A/K/A SOO CHA GIL A/K/A SOO GIL CHA; YU SUN CHA A/K/A CHA YU SUN; AND MERCEDES CHA A/K/A MERCEDES M. CHA A/K/A MERCEDES ARIAS CHA*
90 Broad Street, 3rd Floor
New York, New York 10004
(212) 683-7100
File No.: MISC-2012-4

TO:

LAW OFFICE OF CHINYERE OKORONKWO
*Attorneys for Plaintiff*
40 East 94th Street
New York, New York 10128
(212) 537-9284