```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

- - - - - - - - - - - - - - - - - - - -X

MARISOL QUINTANA,

              Plaintiff,

                                      ORDER

      - against -                  CV 2012-0120(DLI)(MDG)

YOUNG BLOOMING, INC., GIL SOO CHA, YU
SUN CHA and MERCEDES CHA,

              Defendants.

- - - - - - - - - - - - - - - - - - - -X

     Defendants GIL SOO CHA, YU SUN CHA and MERCEDES CHA failed to appear for a conference scheduled for September 14, 2012 at 11:00 a.m. This conference was set by order dated July 13, 2012 in which the Court warned defendants that sanctions, including a fine, may be imposed if they failed to appear. <u>See</u> ct. doc. 20. In the July 13, 2012 order, the Court stayed this action to give defendants an opportunity to obtain new counsel. The Court directed withdrawing counsel to serve defendants with a copy of the July 13, 2012 order and any outstanding discovery requests. Counsel for the plaintiff advised at the September 14, 2012 conference that defendants have failed to respond to her requests to admit and to her efforts to resolve discovery issues. <u>See</u> minute entry dated September 14, 2012.

     Accordingly, this Court sanctions defendants GIL SOO CHA, YU SUN CHA and MERCEDES CHA the sum of $100 each for their failure to appear. This amount must be paid by December 21, 2012 to counsel for the plaintiff, Chinyere Yvette Okornonkwo of the Law Offices

of Chinyere Okornonkwo at 40 East 94th Street, New York, NY 10128.

The defendants are directed to send a status report by December 21, 2012 explaining why they failed to appear for the September 14, 2012 conference and confirming that they intend to defend this action. Their failure to send a report will be treated as an indication that defendants do not intend to defend against the claims asserted by plaintiff.

Defendants are further advised that if they fail to send the status report or pay the sanction, further and more drastic sanctions could be imposed, including striking of their answer and entry of default judgment against them.

**SO ORDERED.**

Dated:    Brooklyn, New York
            December 4, 2012

/s/_____
MARILYN DOLAN GO
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Yu Sun Cha
c/o Sage Nail & Spa of Poughkeepsie, Inc.
308-A Titusville Road
Poughkeepsie, NY 12603

Yu Sun Cha
90 Patton Drive
Yonkers, N.Y. 10710

Merecedes Cha
90 Patton Drive
Yonkers, N.Y. 10710

Gil Soo Cha
90 Patton Drive
Yonkers, N.Y. 10710